# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
### One Bowling Green
### New York, NY 10004–1408

| | |
|---|---|
| IN RE: Carmine Alessandro<br>AKA/DBA: | CASE NO.: 08–14514–ajg |
| Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx–xx–1538 | CHAPTER: 7 |

## NOTICE TO CREDITORS AND INTERESTED PARTIES
## DENIAL OF DISCHARGE, 11 USC §§ 727(a)

The above named debtor has been denied a discharge pursuant to 11 U.S.C. §§ 727(a).

The automatic stay is terminated pursuant to 11 USC §§ 362(c)(2)(C).

Dated: December 9, 2009         Vito Genna
                                Clerk of the Court